UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHEMDESIGN PRODUCTS INCORPORATED,

    Plaintiff,

v.                                              Case No. 10-C-759

AFID THERAPEUTICS INC.,

    Defendant.

---

## ORDER TO SHOW CAUSE

---

Plaintiff ChemDesign Products, Inc. has filed a motion seeking issuance of an order to show cause against Rawle Hollingsworth. This is not the first time the conduct of Hollingsworth has given rise to the need for court intervention. The last occasion produced an agreement on Hollingsworth's part to pay $4,000 to the Plaintiff. He has not done so. For the reasons set forth in Plaintiff's brief and the accompanying affidavit, Hollingsworth is ordered to show cause, within 21 days, why he should not be held in contempt of court for failing to obey court orders and why a further award of attorney's fees is not warranted.

**SO ORDERED** this   30th   day of January, 2012.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge